IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES in his personal capacity, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF TENNESSEE, ET AL., )<br>)<br>Defendants. ) | Civil No. 3:23-cv-1033<br>Judge Trauger |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

The initial case management conference scheduled for January 8, 2024 before Judge Trauger is CANCELLED.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge