UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **REPRESENTATIVE JUSTIN JONES**<br><br>*Plaintiff*<br><br>v.<br><br>**STATE OF TENNESSEE, REPRESENTATIVE CAMERON SEXTON, TAMMY LETZLER, BOBBY TROTTER, and DANIEL HICKS**<br><br>*Defendants*. | Case No. 3:23-cv-01033<br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## JOINT MOTION FOR ENTRY OF PROPOSED ORDER

Plaintiff and Defendants, who have authorized undersigned counsel for Plaintiff to file on their behalf, hereby jointly and respectfully move for the entry of their Proposed Agreed Scheduling Order for Amended Pleadings, which is attached hereto as **Exhibit 1.**

Dated this 2nd day of November 2023.

Respectfully submitted:

/s/ R. Gregory Rubio
Jerry E. Martin (TNBPR No. 20193)
David W. Garrison (TNBPR No. 024968)
Scott P. Tift (TNBPR No. 027592)
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N
Nashville, TN 37203
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

R. Gregory Rubio
Covington & Burling, LLP
One CityCenter
850 10th St. NW
Washington D.C., 20001
(202) 662-5237
grubio@cov.com

1

C. William Phillips
Covington & Burling LLP
620 8th Avenue
New York, NY 10018
(212) 841-1081
cphillips@cov.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing *Joint Motion for Entry of Proposed Order* has been served on the following counsel via the Court's CM/ECF email notification system on this the 2nd day of November, 2023:

Whiteney Hermandorfer
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-3491
whitney.hermandorfer@ag.tn.gov


Matthew H. Frederick
Todd Disher
Lehotsky Keller Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
matt@lkcfirm.com
todd@lkcfirm.com

Shannon Grammel
Lehotsky Keller Cohn LLP
200 Massachusetts Avenue, NW
Suite 700
Washington, D.C., 20001
(270) 498-5375
shannon@lkcfirm.com

*Attorneys for all Defendants*

                     /s/ R. Gregory Rubio
                      R. Gregory Rubio