# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Representative Justin Jones in his personal capacity <br><br> *Plaintiff* <br> v. <br> STATE OF TENNESSEE and Representative Cameron Sexton, in his official and individual capacity as Speaker of the House of Representatives Tammy Letzler, in her official and individual capacity as Chief Clerk for the Tennessee House of Representatives; Bobby Trotter, in his official and individual capacity as Chief Sergeant at Arms for the Tennessee House of Representatives, Daniel Hicks in his official and individual capacity as Assistant Chief Clerk and Parliamentarian of the Tennessee House of Representatives <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-cv-01033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cameron Sexton, in his individual capacity
600 Cordell Hull Bldg.
Nashville, TN 37243-0104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerry E. Martin
Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N.
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/23

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-01033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Representative Justin Jones in his personal capacity <br><br> *Plaintiff* <br> v. <br> STATE OF TENNESSEE and Representative Cameron Sexton, in his official and individual capacity as Speaker of the House of Representatives Tammy Letzler, in her official and individual capacity as Chief Clerk for the Tennessee House of Representatives; Bobby Trotter, in his official and individual capacity as Chief Sergeant at Arms for the Tennessee House of Representatives, Daniel Hicks in his official and individual capacity as Assistant Chief Clerk and Parliamentarian of the Tennessee House of Representatives <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-01033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tammy Letzler, in her individual capacity
Office of the Chief Clerk
State Capital, 2nd Floor
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerry E. Martin
Seth M. Hyatt
David W. Garrison
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N.
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/23

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-01033

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Representavie Justin Jones in his personal capacity <br> *Plaintiff* <br> v. <br> STATE OF TENNESSEE and Representative Cameron Sexton, in his official and individual capacity as Speaker of the House of Representatives Tammy Letzler, in her official and individual capacity as Chief Clerk for the Tennessee House of Representatives; Bobby Trotter, in his official and individual capacity as Chief Sergeant at Arms for the Tennessee House of Representatives, Daniel Hicks in his official and individual capacity as Assistant Chief Clerk and Parliamentarian of the Tennessee House of Representatives <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-01033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bobby Trotter, in his individual capacity
600 Cordell Hull Bldg.
Nashville, TN 37243-0104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jerry E. Martin
Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N.
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/23

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-01033

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Representative Justin Jones in his personal capacity <br> *Plaintiff* <br> v. <br> STATE OF TENNESSEE and Representative Cameron Sexton, in his official and individual capacity as Speaker of the House of Representatives Tammy Letzler, in her official and individual capacity as Chief Clerk for the Tennessee House of Representatives; Bobby Trotter, in his official and individual capacity as Chief Sergeant at Arms for the Tennessee House of Representatives, Daniel Hicks in his official and individual capacity as Assistant Chief Clerk and Parliamentarian of the Tennessee House of Representatives <br> *Defendant* | Civil Action No. 3:23-cv-01033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Hicks, in his individual capacity
Office of the Chief Clerk
State Capital, 2nd Floor
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jerry E. Martin
Scott P. Tift
David W. Garrison
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. N.
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/23

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-01033

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: