UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES, in his personal capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>REPRESENTATIVE CAMERON SEXTON, in his official capacity as Speaker of the Tennessee House of Representatives; TAMMY LETZLER, in her official capacity as Chief Clerk for the Tennessee House of Representatives; DANIEL HICKS, in his official capacity as Assistant Chief Clerk and Parliamentarian for the Tennessee House of Representatives,<br><br>*Defendants*. | Case No. 3:23-cv-01033<br>Hon. Eli J. Richardson |

### [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL AND AMENDED COMPLAINT

The Court, having considered Defendants' Unopposed Motion to Extend Defendants' Deadline to Respond to Plaintiff's Supplemental and Amended Complaint, hereby ORDERS that the motion is GRANTED. Defendants' deadline to answer or otherwise respond to Plaintiff's Supplemental and Amended Complaint is November 29, 2024.

SO ORDERED

November 6, 2024

_____
The Honorable ~~Eli J. Richardson~~ Alistair E. Newbern
United States ~~District Judge~~ Magistrate Judge