UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES, in his personal capacity,<br><br>*Plaintiff*,<br><br>v.<br><br>REPRESENTATIVE CAMERON SEXTON, in his individual capacity and in his official capacity as the Speaker of the Tennessee House of Representatives; TAMMY LETZLER, in her individual capacity and in her official capacity as the Chief Clerk for the Tennessee House of Representatives; BOBBY TROTTER, in his individual capacity and in his official capacity as the Chief Sergeant-at-Arms for the Tennessee House of Representatives; and DANIEL HICKS, in his individual capacity and in his official capacity as the Assistant Chief Clerk and Parliamentarian for the Tennessee House of Representatives,<br><br>*Defendants*. | Case No. 3:23-cv-01033<br>Hon. Eli J. Richardson<br>Hon. Alistair E. Newbern |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SUPPLEMENTAL AND AMENDED COMPLAINT FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED**

The Court, having considered Defendants' motion and memorandum, hereby ORDERS that the motion is GRANTED. Plaintiff's Supplemental and Amended Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
**HON. ELI J. RICHARDSON**
**UNITED STATES DISTRICT JUDGE**