UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES, in his personal capacity, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>REPRESENTATIVE CAMERON SEXTON, in his individual capacity and in his official capacity as the Speaker of the Tennessee House of Representatives; TAMMY LETZLER, in her individual capacity and in her official capacity as the Chief Clerk for the Tennessee House of Representatives; BOBBY TROTTER, in his individual capacity and in his official capacity as the Chief Sergeant-at-Arms for the Tennessee House of Representatives; and DANIEL HICKS, in his individual capacity and in his official capacity as the Assistant Chief Clerk and Parliamentarian for the Tennessee House of Representatives, )<br>)<br>*Defendants*. ) | Case No. 3:23-cv-01033<br>Hon. Eli Richardson<br>Hon. Alistair E. Newbern |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANTS' REPLY DEADLINE

The Court, having considered Defendants' unopposed motion to extend Defendants' reply deadline, hereby ORDERS that the motion is GRANTED. Defendants' deadline to file a reply in support of their motion to dismiss Plaintiff's supplemental and amended complaint is January 13, 2025.

SO ORDERED

January _3_, 2025

*Eli Richardson*
The Honorable Eli Richardson
United States District Judge