IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES, in his personal capacity,<br><br>Plaintiff,<br><br>v.<br><br>REPRESENTATIVE CAMERON SEXTON, in his individual capacity and in his official capacity as the Speaker of the Tennessee House of Representatives; TAMMY LETZLER, in her individual capacity and in her official capacity as the Chief Clerk for the Tennessee House of Representatives; BOBBY TROTTER, in his individual capacity and in his official capacity as the Chief Sergeant-at-Arms for the Tennessee House of Representatives; and DANIEL HICKS, in his individual capacity and in his official capacity as the Assistant Chief Clerk and Parliamentarian for the Tennessee House of Representatives,<br><br>Defendants. | No. 3:23-cv-01033<br><br>JUDGE RICHARDSON |

## ORDER

In light of Plaintiff's filing of the "Supplemental and Amended Complaint" (Doc. No. 52), which has become the operative complaint in this case, Defendants' motion to dismiss (Doc. No. 36) is DENIED as moot because it was directed at the original complaint (Doc. No. 1).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE