IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REPRESENTATIVE JUSTIN JONES, in his personal capacity, | )<br>)<br>) |
| Plaintiff, | )  NO. 3:23-cv-01033 |
| v. | )  JUDGE RICHARDSON |
| REPRESENTATIVE CAMERON SEXTON, in his individual capacity and in his official capacity as the Speaker of the Tennessee House of Representatives; TAMMY LETZLER, in her individual capacity and in her official capacity as the Chief Clerk for the Tennessee House of Representatives; BOBBY TROTTER, in his individual capacity and in his official capacity as the Chief Sergeant-at-Arms for the Tennessee House of Representatives; and DANIEL HICKS, in his individual capacity and in his official capacity as the Assistant Chief Clerk and Parliamentarian for the Tennessee House of Representatives, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is the motion (Doc. No. 55, "Motion") of Defendants to dismiss all claims against them set forth in Plaintiff's supplemental and amended complaint (Doc. No. 52). Defendants filed a memorandum in support (Doc. No. 55-1) of the Motion, Plaintiff filed a response in opposition (Doc. No. 58) to the Motion, and Defendants filed a reply in further support (Doc. No. 63) of the Motion.

For the reasons stated in the accompanying Memorandum Opinion, the Motion (Doc. No. 55) is GRANTED full, and this action is DISMISSED.

The Clerk is directed to enter judgment under Rule 58 of the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE