# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

Justin Jones

                Plaintiff,

v.                                       Case No.: 3:23–cv–01033

Cameron Sexton, et al.

                Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/24/2025 re [69], [70].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk
